UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80385-CIV-COHN/SELTZER

HOWARD COHAN,

    Plaintiff,

vs.

OVEN 201 EAST ATLANTIC, LLC
d/b/a THE OFFICE DELRAY BEACH,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 20].

The parties have entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been raised in this action. The Court will retain jurisdiction to enforce the terms of the Agreement. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the parties in the Agreement.

Therefore, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of August, 2016.

_/s/ James I. Cohn_
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.